# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

145976 & (30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ISIAH MEADE,
        Defendant-Appellant.

SC: 145976
COA: 309105
Wayne CC: 07-021541-FC;
07-021542-FC

_____/

      On order of the Court, the application for leave to appeal the August 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



h0617

Clerk